## [ NELSON v. LAKE ]

John Nelson Exec$^r$ to the last Will & Testament of S$^r$ Tho: Temple dec$^d$ plaint. ag$^t$ Cap$^t$ Tho: Lake m$^r$ John Richards & m$^r$ John Hull (as adm$^{rs}$ to the Estate of s$^d$ S$^r$ Tho: Temple in New-England) Defendants  The persons being called, noe process appearing ag$^t$ the Defendants the Accion fell.